UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATANYA BRIGGS, | |
| Plaintiff, | Case No. 1:16-cv-09362 |
| v. | Honorable Judge John R. Blakey |
| PROG LEASING, LLC d/b/a PROGRESSIVE LEASING, LLC, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, LATANYA BRIGGS ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant without prejudice with leave to reinstate through September 13, 2017. After September 13, 2017, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Dated: August 14, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com